**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7345

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANDREW WINDSOR,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (1:90-cr-00228-TSE)

Submitted:  October 31, 2006        Decided:  November 8, 2006

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Andrew Windsor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Andrew Windsor appeals the district court's orders denying his "Notice and Demand for the Clerk to Correct the Record(s) [and] Notice of Withdrawal of Plea" and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. United States v. Windsor, No. 1:90-cr-00228-TSE (E.D. Va. May 17, 2006; June 13, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -